UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| GREAT NOTIONS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:06CV959 RWS |
| ) | |
| JANET EBERT, ) | |
| ) | |
| Defendant. ) | |

## **MEMORANDUM AND ORDER**

The Court has been notified that plaintiffs refuse to settle this matter despite defendants' cessation of all activities alleged in the complaint.  For this reason, I see no need to hold the telephone status conference this Friday.  Instead, I will reset a Rule 16 conference for **December 20, 2006 at 3:00 p.m. in the chambers of the undersigned**.  To the extent any deadlines proposed by the parties in the previously-filed joint proposed scheduling plan have lapsed, the parties should submit a revised joint proposed plan by no later than December 18, 2006.  **The plan must include a proposed date for early mediation of this case because it will be referred to alternative dispute resolution**.  Finally, although plaintiffs' counsel attended the first conference by telephone, I normally require all lawyers to attend scheduling conferences and hearings in person and will enforce this requirement in this case.

Accordingly,

**IT IS HEREBY ORDERED** that the <u>telephone status conference set for December 8, 2006 at 10:30 a.m. is cancelled</u>.

**IT IS FURTHER ORDERED** that the Court will hold a Rule 16 conference in this matter on <u>**December 20, 2006 at 3:00 p.m. in the chambers of the undersigned. All counsel must appear in person for the conference.**</u>

**IT IS FURTHER ORDERED** that the parties shall file a revised joint proposed scheduling plan, if applicable, by <u>**December 18, 2006.**</u>

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 6th day of December, 2006.